IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

JANE DOE, *through her mother and next friend* MEGAN DOE;
    Plaintiff;

v.

JEFFERSON COUNTY SCHOOL DISTRICT R-1.
    Defendant.

## COMPLAINT AND JURY DEMAND

Plaintiff Jane Doe, by her undersigned counsel, complains against Defendant Jefferson School District R-1 as follows:

### JURISDICTION AND VENUE

1. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331 because Plaintiff's claim arises under federal statute and the U.S. Constitution.

2. Plaintiff's injuries and Defendant's unlawful acts complained of herein occurred in the state of Colorado and therefore venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

## PARTIES

3. Plaintiff Megan Doe, the parent, and natural guardian of Plaintiff Jane Doe, a minor child, brings this action in her representative capacity as next friends on behalf of S.T.C. A.C. has at all relevant times resided in Jefferson County, Colorado.

4. Plaintiff Jane Doe is currently a minor and at all relevant times has resided with her parent in Jefferson County, Colorado. Plaintiffs are identified by pseudonym to protect Jane Doe's privacy in light of the sensitive nature of the subject matter of this Complaint. Other minor students will be identified by aliases as well. The identities of Megan Doe and Jane Doe are well known to the Defendant.

5. Defendant Jefferson County School District R-1 is a provider of public education under Colorado law. The district is a resident of Jefferson County. Jefferson County School District R-1 receives federal funding.

## FACTUAL ALLEGATIONS

6. In August of 2018, Jane Doe entered the 7th grade in the Jefferson County School District R-1.

7. Although she would have normally been enrolled in O'Connell Middle School, she and her classmates were instead relocated to Alameda High School. This relocation of 7th and 8th graders was based on overcrowding.

8. To protect these young students from the high schoolers at the same school campus, the 7th and 8th grade students were placed in a location separate from the high school students.

9. Shortly after the school year began, one 17-year-old student, D.C., began to hang around the 7th grade hallways to talk to the 12-year-old female students.

10. It soon became clear that D.C. was recruiting these 12-year-old girls for sexual relationships.

11. Through social media and routine visits to the 7th grade areas of Alameda High School, D.C. propositioned many of the young female students, engaging in sexual conduct with several.

12. At one point, D.C. messaged Jane Doe, stating: "its ok that your [*sic*] scared, you can have your first time with me and don't be embarrassed. It's ok to be horny."

13. D.C.'s conduct was no secret and the school administration was aware of both his constant presence and his efforts through social media to solicit further sexual relationships.

14. But the story of D.C.'s sexual harassment was not solely one of convincing children to have sex with him - it was also one of him forcing himself on girls and being rebuffed.

15. On one occasion in early September of 2018, D.C. forcibly kissed a 12-year-old female student, S.P., in the 7th grade hallways of Alameda High School.

16. S.P. promptly reported this sexual assault to the school counselor Kristin Whitney, but the school undertook no investigation and took no action to protect S.P. nor other students from sexual assault.

17. Several weeks later, Jane Doe was herself the victim of D.C. forcing himself on her. D.C. forcibly kissed Jane Doe on three occasions.

18. As With S.P., Jane Doe reported these assaults to her school counselor, Ms. Whitney.

19. Yet again, the school showed no interest in protecting its young female students from a 17-year-old sexual predator.

20. One afternoon in September, D.C. followed Jane Doe home, forced his way into her house and raped her.

21. The next morning, on her walk to school Jane Doe called her mother to tell her of the rape.

22. Megan Doe immediately called Moose, the Alameda High School Resource Officer to report her daughter's sexual assault.

23. When Megan Doe began to tell Moose of her daughter's assault, he put the phone on speakerphone so that Vice Principal Marissa Duren could hear Megan Doe's report.

24. Jane Doe had come forward with the expectation that the school would take action to protect her from D.C. who was in school at that time.

25. Megan Doe drove to the school to take her daughter to the hospital, but was met by Moose and Ms. Whitney. They explained that Jane Doe would be taken to the hospital in Moose's police vehicle.

26. The next day when Megan Doe learned that D.C. was still attending the school, she reported Jane's rape to Vice Principal Laura Chester and Vice Principal Marissa Duren.

27. The school conducted no investigation of Jane Doe's rape.

28. As with serious allegations of forcible kissing from several students and complaints that D.C. was sexual harassing young girls, the Alameda School administration leadership proved uninterested in investigating this sexual assault.

29. Apparently, without investigation, the school, through the direction of Vice Principals Duren and Chester, had decided to side with D.C. over his victim.

30. Since the school district, through Ms. Duren and Ms. Chester were unwilling to even investigate Jane Doe's rape, no discipline against D.C. was taken and D.C. was allowed to continue to roam the halls of Alameda High School, causing significant emotional distress to Jane Doe.

31. This caused Jane Doe to experience severe trauma. She began cutting herself and engaging in self-harm behaviors.

32. Her grades declined as she worried about the presence of her attacker in her school.

33. D.C. would stare at her in the hallways.

34. Even though Megan Doe continued to complain that her daughter was not safe and that the school had taken no action against her attacker, the school proved indifferent.

35. D.C. later learned of Jane Doe's complaint. He and several of his friends then commenced a campaign to intimidate, harass, and batter Jane Doe.

36. Jane Doe complained to Ms. Whitney, Ms. Chester, and Ms. Duren, but as was their practice, the school district failed to act and instead protected its male student from disciplinary action while placing the entire burden of her rape and subsequent sexual harassment on Jane Doe.

37. Jane Doe continued to struggle at school and did not feel safe in an environment that protected her sexual predator.

38. At one point, Jane Doe brought a box cutter to school to protect herself against D.C.'s physical and emotional harassment. When Ms. Chester and Ms. Duren discovered this, they suspended Jane Doe.

39. Several months after Jane Doe's rape, another student came forward to confirm that D.C. had admitted to raping Jane Doe and that he had had other sexual relationships with 12-year-olds in Alameda High School.

40. D.C. has since been charged with multiple counts of sexual assault on minors from the Alameda High School.

## CLAIM I
### TITLE IX, 20 U.S.C. 1681(A) *ET SEQ.* - DELIBERATE INDIFFERENCE TO STUDENT-ON-STUDENT ASSAULTS
### (JEFFERSON COUNTY SCHOOL DISTRICT R-1)

41. Plaintiff incorporates by reference the allegations contained in the foregoing paragraphs, as though fully set forth herein.

42. The Jefferson County School District R-1 (the "School") was aware of a D.C.'s sexual assaults on 7th graders and behavior attempting to seduce young girls into sexual relationships from the beginning of the school year.

43. Responsible persons within the Jefferson County School District R-1 had actual knowledge of conduct by D.C. that constituted sexual harassment and assault which amounted to an unreasonable risk that female students like Jane Doe would be subject to unwanted sexual conduct, sexual harassment, and ultimately sexual assault.

44. The School, although aware of D.C.'s conduct within the hallways of the school, was deliberately indifferent to the harassment that many 7th grade female students

experienced in Alameda High School.

45. As a direct result of this failure to stop D.C.'s sexual predation of 12-year-olds, D.C. raped Jane Doe.

46. The sexual assault of Jane Doe was so severe, pervasive, and objectively offensive that it deprived Jane Doe of access to the educational opportunities or benefits provided by Jefferson County School District R-1.

47. As a direct and proximate result of Jefferson County School District R-1's deliberate indifference, Jane Doe was subjected to repeated bullying, intimidation, and harassment at Alameda High School.

48. The intimidation, harassment, physical assault, and bullying resulted in Jane Doe suffering severe, significant, and ongoing emotional distress and anguish.

49. Jane Doe continues to suffer from depression, anxiety, and emotional distress regarding her sexual assault by D.C. and the manner in which he were shielded by leaders in the school.

## CLAIM II
### TITLE IX, 20 U.S.C. 1681(A) *ET SEQ.*
### (JEFFERSON COUNTY SCHOOL DISTRICT R-1)

50. Plaintiff incorporates by reference the allegations contained in the foregoing paragraphs, as though fully set forth herein.

51. Jane Doe and Megan Doe informed a school guidance counselor, Vice Principal Laura Chester, and Vice Principal Marissa Duren of sexual assault at the hands of a 17-year-old male student under the supervision and control of the School.

52. Ms. Chester and Ms. Duren were responsible persons for the school district under Title

IX.

53. The Jefferson County School District R-1 intentionally chose to place the costs of Jane Doe's coming forward on her. She was blamed as the victim and made to bear the costs of coming forward while her sexual aggressor was protected by the school and allowed to continue with his studies.

54. Jefferson County School District R-1 subjected Jane Doe to gender-based discrimination which was so severe, pervasive, and objectively offensive that she was denied access to educational opportunities and denied benefits provided by the school.

55. Jefferson County School District R-1 decided to shelter and harbor the male student who sexually assaulted Jane Doe and failed to take action despite having received multiple complaints of forced kissing and other predatory conduct by D.C. prior to Jane Doe's rape.

56. As a direct and proximate result of Jefferson County School District R-1's deliberate indifference, Jane Doe was subjected to repeated bullying, intimidation, and harassment at Alameda High School and was forced to share hallways with her rapist. This led to a serious impairment of her school grades and to self-harm.

57. Further, the intimidation, harassment, physical assault, and bullying resulted in Jane Doe suffering severe, significant, and ongoing emotional distress and anguish.

58. Jane Doe continues to suffer from depression, anxiety, and emotional distress regarding her treatment by classmates and the manner in which they were shielded by leaders in the school.

## CLAIM III
**TITLE IX, 20 U.S.C. 1681(A) *ET SEQ.*- Deliberate Indifference to Sexual Harassment**

**(JEFFERSON COUNTY SCHOOL DISTRICT R-1)**

59. Plaintiff incorporates by reference the allegations contained in the foregoing paragraphs, as though fully set forth herein.

60. Jane Doe and Megan Doe informed Ms. Duren and Ms. Chester in the fall and winter of 2018-2019 of repeated harassment by her attacker and his friends, specifically mentioning that they were assaulting her in addition to other harassing behavior.

61. This harassment was severe, pervasive, and objectively offensive.

62. Jane Doe's repeated harassment as retaliation for coming forward is severe and objectively offensive.

63. Because of these students' actions, and the School, Ms. Duren, and Ms. Chester's failure to ever take a step to remedy this situation, Jane Doe was deprived of access to the educational benefits and opportunities provided by the school.

64. The School's, Ms. Duren's, and Ms. Chester's response to this harassment, in that there was none, was clearly unreasonable in light of the circumstances.

65. As a direct and proximate result of Jefferson County School District R-1's deliberate indifference, Jane Doe was subjected to repeated bullying, intimidation, and harassment at Alameda High School.

66. The intimidation, harassment, physical assault, and bullying resulted in Jane Doe suffering severe, significant, and ongoing emotional distress and anguish.

67. Jane Doe continues to suffer from depression, anxiety, and emotional distress regarding her treatment by classmates and the manner in which they were shielded by leaders in the school.

WHEREFORE, Plaintiff Jane Doe and Megan Doe respectfully request that this Court enter judgment in its favor and against the Defendant as follows:

(i)   Compensatory damages;
(ii)  Exemplary damages;
(iii) Punitive damages;
(iv)  Pre and Post-Judgment Interest;
(v)   Reasonable Attorney Fees and costs; and
(vi)  Any other relief the Court deems appropriate.

Respectfully submitted this 28th day of September 2020.

<u>s/ Edward Milo Schwab</u>
Edward Milo Schwab, #47897
Ascend Counsel, LLC
3000 Lawrence Street
Denver, CO 80205
(303) 888-4407
milo@ascendcounsel.co

ATTORNEY FOR PLAINTIFF